IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DEMARQUIS BROWN,              )
                              )
     Plaintiff,               )
                              )    CIVIL ACTION NO.
     v.                       )      2:23cv586-MHT
                              )          (WO)
OFFICER KINSEY, et al.,       )
                              )
     Defendants.              )
```

ORDER

Defendants have filed a motion for a more definite statement (Doc. 9). Without expressing any view as to the motion's merits, the court will afford plaintiff an opportunity to cure the purported pleading defects. The court grants plaintiff leave to file an amended complaint, in accordance with Federal Rule of Civil Procedure 15(a)(1)(B).

If plaintiff timely files an amended complaint, the court will deny the motion for a more definite statement as moot, without prejudice. If plaintiff does not timely file an amended complaint, plaintiff must file a response to the motion, and the court will

decide the motion.

***

Accordingly, it is ORDERED that plaintiff shall file either an amended complaint or a response to the motion for a more definite statement (Doc. 9) by January 9, 2024.  If plaintiff elects to file a response to the motion, defendants' reply brief shall be due by January 16, 2024, and the motion shall be set for submission, without oral argument, on that date.

DONE, this the 19th day of December, 2023.

                                  /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE