IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DEMARQUIS BROWN,           ) | |
|                               ) | |
|     Plaintiff,        ) | |
|                               ) | CIVIL ACTION NO. |
|     v.                ) | 2:23cv586-MHT |
|                               ) | (WO) |
| THOMAS KINCEY,             ) | |
| individually, et al.,      ) | |
|                               ) | |
|     Defendants.       ) | |

**ORDER**

Based on the representations made by the parties at the pretrial hearing on the record on the morning of June 26, 2025, it is ORDERED that:

(1) All claims against defendant "Warden at Kilby Correctional" are dismissed from this case without prejudice by agreement of the parties, and said defendant is terminated as a party to this action.

(2) The remaining defendants' names are corrected to read "Thomas Kincey" and "Willie Marvin" rather than "Officer Kinsey" and "Sgt. Marvin," respectively, and the corrected names shall be used in all future filings.

2

    **(3)** The clerk of court shall correct the docket accordingly.

    DONE, this the 27th day of June, 2025.

                                      /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**