IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DEMARQUIS BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:23cv586-MHT |
| ) | (WO) |
| THOMAS KINCEY, ) | |
| individually, and WILLIE ) | |
| MARVIN, individually, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

Pursuant to the joint stipulation of dismissal (Doc. 51), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case remains closed.

DONE, this the 29th day of September, 2025.

                                    /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE